# U.S. District Court
## Southern District of Indiana (Indianapolis)
## CIVIL DOCKET FOR CASE #: 1:19–cv–04460–JRS–TAB

WASHINGTON v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
Assigned to: Judge James R. Sweeney II
Referred to: Magistrate Judge Tim A. Baker
Demand: $5,000,000
Cause: 28:1332 Diversity–Personal Injury

Date Filed: 11/06/2019
Date Terminated: 01/03/2020
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

Discovery Deadline:
Dispositive Motion Deadline:

Settlement Conference:
Final Pretrial Conference:
Trial Date:

**Plaintiff**

**CRAIG WASHINGTON**
*individually and on behalf of all others similarly situated*

represented by **Jeffrey L. Raizner**
RAIZNER SLANIA LLP
2402 Dunlavy Street
Houston, TX 77006
713–554–9099
Fax: 713–554–9098
Email: jraizner@raiznerlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION**

represented by **NATIONAL COLLEGIATE ATHLETIC ASSOCIATION**
.
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 11/06/2019 | Ï 1 | COMPLAINT against NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, filed by CRAIG WASHINGTON. (Filing fee $400, receipt number 0756–5711920) (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons)(Raizner, Jeffrey) (Entered: 11/06/2019) |
| 11/06/2019 | Ï 2 | NOTICE of Appearance by Jeffrey L. Raizner on behalf of Plaintiff CRAIG WASHINGTON. (Raizner, Jeffrey) (Entered: 11/06/2019) |
| 11/07/2019 | Ï 3 | Summons Issued as to NATIONAL COLLEGIATE ATHLETIC ASSOCIATION. (AKH) (Entered: 11/07/2019) |
| 11/07/2019 | Ï 4 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (AKH) (Entered: 11/07/2019) |
| 11/08/2019 | Ï 5 | |

|  |  |  | PROCEDURES AND PRACTICES before Judge James R. Sweeney II. (JDC) (Entered: 11/08/2019) |
|---|---|---|---|
| 01/03/2020 |  | Ï 6 | CLOSED TRANSFER to the United States District Court for the Northern District of Illinois IN RE: MDL 2492 IN RE: National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation Certified Transfer Order # 25. Signed by Judge James R. Sweeney II on 1/3/2020. (MAC) (Entered: 01/03/2020) |
| 01/03/2020 |  | Ï 7 | Transfer Letter to Clerk of the Northern District of Illinois. Case transferred electronically to Northern District of Illinois, IN RE: MDL 2492 on January 3, 2020. (MAC) (Entered: 01/03/2020) |

**Case #: 1:19−cv−04460−JRS−TAB**